To the Honorable Judge Kinkeade,

I come before you today humbled and deeply ashamed. What I have done is not in line with my beliefs and values. I was encouraging people who trusted in me to make investments in Earthwater.

I was wrong to do business with them and have failed many.

I accept full responsibility for this. I feel horrible that the very people who believed in me eventually were filled with disappointment, hurt, anger, sadness and incurred an investment loss.

I am so sorry for my poor judgement. I have let down many including my clients, my family, my friends, myself and God.

I am dedicated to making restitution to the best of my ability and will continue to do so.

I hope to have peace of mind knowing I did everything in my power to rectify the situation.

I sincerely apologize to everyone who have been affected by my poor judgement.

Sincerely,
Suzanne Jaegnier